**DYNAMIS LLP**

ERIC S. ROSEN (*pro hac vice* forthcoming)
erosen@dynamisllp.com
MICHAEL B. HOMER (*pro hac vice* forthcoming)
mhomer@dynamisllp.com
175 Federal Street, Suite 1200
Boston, Massachusetts 02110
(617) 802-9157

YUSEF AL-JARANI (Cal. Bar No. 351575)
yaljarani@dynamisllp.com
1100 Glendon Ave., 17th Floor
Los Angeles, California 90024
(213) 283-0685

AARON KATZ (*pro hac vice*)
akatz@aaronkatzlaw.com
399 Boylston Street, 6th Floor
Boston, MA 02116
(617) 915-6305

*Attorneys for Plaintiffs Andrew Left and Citron Capital, LLC*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LEFT and CITRON CAPITAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ANSON FUNDS MANAGEMENT LP, ANSON ADVISORS INC., MOEZ KASSAM, and SUNNY PURI,<br><br>Defendants. | Case No. 2:25-cv-10432<br><br>**UNOPPOSED *EX PARTE* APPLICATION TO FILE UNDER SEAL** |

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE Plaintiffs Andrew Left and Citron Capital, LLC, by and through counsel, apply to this Court for an Order filing under seal certain text in Plaintiffs' Complaint. This application is based on the attached memorandum of points and authorities and declaration of counsel. Defendants do not oppose this request.

Dated: October 30, 2025

Respectfully submitted,

DYNAMIS LLP

*/s/ Eric S. Rosen*
Eric S. Rosen (*pro hac vice* forthcoming)
Michael B. Homer (*pro hac vice* forthcoming)
Yusef Al-Jarani
Aaron Katz (*pro hac vice* forthcoming)

*Attorneys for Plaintiffs Andrew Left and Citron Capital, LLC*

## MEMORANDUM OF POINTS AND AUTHORITIES

Local Rule 79-5.1 provides that a party may request that documents be filed under seal. A court has supervisory powers over its records and files to seal documents under appropriate circumstances. *See United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987). Plaintiffs seek to seal the text highlighted in the Unredacted Complaint accompanying their application for two reasons.

*First*, the Court in *United States v. Left*, No. 2:24-cr-00456-TJH (C.D. Cal.), entered a Protective Order finding that "evidence in this matter [] includes sensitive information relating to the United States' case-in-chief and the investigative activities of law enforcement," and "also includes personal identification information for others." *Id.* ECF No. 28, ¶ 1. "In order to protect the confidentiality of such information as is contained in the discovery," the Court ordered that "only defense counsel, defense counsel's agents, and the defendant may review the discovery provided by the government," and "[n]either defense counsel, defense counsel's agents nor the defendant may release any such copies to any third party" (with limited exceptions not applicable here). *Id.* ¶¶ 2–3. The Protective Order "is applicable to all of the discovery produced by the government to the defendant in this case." *Id.* ¶ 4.

The information sought to be sealed was produced by the government in discovery in *United States v. Left* and contains investigative material within the meaning of the Protective Order. It is therefore subject to the Court's Protective Order. *See* Rosen Decl. ¶ 3. "When a court grants a protective order for information produced during discovery, it already has determined that 'good cause' exists to protect this information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality." *Phillips ex rel. Ests. of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1213 (9th Cir. 2002). Good cause therefore exists to seal the information.

1  *Second*, the text sought to be sealed discloses information from testimony
2  before, and submissions to, the SEC as part of an SEC investigation. "17 C.F.R.
3  § 203.2 expressly states that such materials are 'deemed non-public.'" *In re Legato*
4  *Systems, Inc. Sec. Lit.*, 204 F.R.D. 167, 170 (N.D. Cal. 2001).

5  Defendants do not oppose this application. Rosen Decl. ¶ 4.

Dated: October 30, 2025             Respectfully submitted,

                                    DYNAMIS LLP

                                    */s/ Eric S. Rosen*
                                    Eric S. Rosen (*pro hac vice* forthcoming)
                                    Michael B. Homer (*pro hac vice* forthcoming)
                                    Yusef Al-Jarani
                                    Aaron Katz (*pro hac vice* forthcoming)

                                    *Attorneys for Plaintiffs Andrew Left*
                                    *and Citron Capital, LLC*