UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LEFT, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ANSON FUNDS MANAGEMENT LP, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:25-cv-10432-FLA (SSCx)<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED *EX PARTE* APPLICATION TO FILE UNREDACTED COMPLAINT UNDER SEAL** |

1  On October 30, 2025, Plaintiffs Andrew Left and Citron Capital, LLC ("Plaintiffs") filed an unopposed *ex parte* application to file an unredacted copy of their complaint under seal ("Application"). Dkt. 1.

The court, having considered Plaintiffs' Application and finding good cause therefor, hereby GRANTS the Application and ORDERS Plaintiffs to file the unredacted copy of the complaint, previously filed as docket entry 4-1, under seal within seven (7) days of the date of this Order.

IT IS SO ORDERED.

Dated: November 12, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge