UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LEFT; and CITRON CAPITAL, LLC,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ANSON FUNDS MANAGEMENT LP; ANSON ADVISORS, INC.; MOEZ KASSAM; and SUNNY PURI,<br><br>　　　　　　　　　Defendants. | Case No. 2:25-cv-10432-SPG-JC<br><br>**ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE [ECF NO. 32]** |

　　　Before the Court is the Parties' Stipulation Regarding Briefing Schedule. (ECF No. 32 ("Stipulation")). The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

　　1.　Defendants shall file their anticipated Motion to Dismiss by December 30, 2025;

　　2.　Plaintiffs' Opposition to Defendants' Motion, if any, is due by January 26, 2026;

　　3.　Defendants' reply in support of its Motion, if any, is due by February 9, 2026; and

4. In their moving papers, Defendants shall set the hearing on the Motion for February 25, 2026, at 1:30 p.m. or a date thereafter in compliance with the Court's Standing Order and the Local Rules.

In the alternative, if, consistent with Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiffs amend the Complaint on or before January 20, 2026:

1. Defendants shall file their anticipated Motion to Dismiss the amended complaint by February 3, 2026;
2. Plaintiffs' Opposition to Defendants' Motion, if any, is due by March 2, 2026;
3. Defendants' reply in support of its Motion, if any, is due by March 16, 2026;
4. In their moving papers, Defendants shall set the hearing for April 15, 2026, at 1:30 p.m. or a date thereafter in compliance with the Court's Standing Order and the Local Rules.

**IT IS SO ORDERED.**

Dated: December 22, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE