QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Robert M. Schwartz (Bar No. 117166)
    robertschwartz@quinnemanuel.com
  Bomie Lee (Bar No. 356618)
    bomielee@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

  William Burck (*pro hac vice*)
    williamburck@quinnemanuel.com
  Kurt Wolfe (*pro hac pending*)
    kurtwolfe@quinnemanuel.com
  Kristin Casey (*pro hac vice*)
    kristincasey@quinnemanuel.com
555 13th Street, NW
Washington, DC 20004
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANDREW LEFT and CITRON CAPITAL, LLC,<br><br>      Plaintiffs,<br><br>    vs.<br><br>ANSON FUNDS MANAGEMENT LP, ANSON ADVISORS, INC., MOEZ KASSAM, and SUNNY PURI,<br><br>      Defendants. | Case No. 2:25-cv-10432-SPG-AYP<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. Sherilyn Peace Garnett<br><br>Hearing Date: February 25, 2026<br>Hearing Time: 1:30 p.m.<br>Location: Courtroom 5C |

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017-2543.

On February 11, 2026, I served true copies of the following document(s) described as:

- **Defendants' Reply in Support of Motion to Dismiss and Special Motion to Strike [unredacted version filed under seal]**

on the interested parties in this action as follows:

| | |
|---|---|
| DYNAMIS LLP<br>Eric S. Rosen *(pro hac vice)*<br>Michael B. Homer *(pro hac vice)*<br>175 Federal Street, Suite 1200<br>Boston, MA 02110<br>erosen@dynamisllp.com<br>mhomer@dynamisllp.com | Attorneys for Plaintiffs |
| Yusef Al-Jarani<br>1100 Glendon Avenue, 17th Floor<br>Los Angeles, CA 90024<br>yaljarani@dynamisllp.com | Attorney for Plaintiffs |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Quinn Emanuel Urquhart & Sullivan, LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address jonathanarias@quinnemanuel.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

1 | Executed on February 11, 2026, at Los Angeles, California.

*/s/ Jonathan Arias*
Jonathan Arias