# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LEFT; and CITRON CAPITAL, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ANSON FUNDS MANAGEMENT LP; ANSON ADVISORS, INC.; MOEZ KASSAM; and SUNNY PURI, <br><br> Defendants. | Case No. 2:25-cv-10432-SPG-AYP <br><br> **ORDER GRANTING STIPULATION REGARDING SUPPLEMENTAL AUTHORITY AND BRIEFING SCHEDULE AND CONTINUING HEARING ON MOTIONS [ECF NOS. 36, 53, 69]** |

Before the Court is the Parties' Stipulation Regarding Supplemental Authority and Briefing Schedule (ECF No. 69 ("Stipulation")). The Parties have agreed to an abbreviated supplemental briefing schedule regarding the effect of the Supreme Court's recent decision in *Berk v. Choy*, 607 U.S. __, 2026 WL 135974 (Jan. 20, 2026), on the anti-SLAPP motion pending before the Court. Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS as follows:

1. Plaintiffs may file their Notice of Supplemental Authority and Supplemental Brief, the Supplemental Brief not to exceed 500 words, within 3 days of entry of this Order;

2. Defendants may file their Response to the Supplemental Brief, not to exceed 500 words, within 3 days of the filing of Plaintiffs' Supplemental Brief; and

3. To ensure the Court has sufficient time to review and consider the supplemental filings, the hearings on Defendants' Motion to Strike Pursuant to California's Anti-SLAPP Statute, (ECF No. 36), and Plaintiffs' Motion to Strike the Declaration of Robert M. Schwartz, (ECF No. 53), are CONTINUED to March 4, 2026, at 1:30 p.m. The parties may file a further stipulation to continue the hearing date as needed.

**IT IS SO ORDERED.**

Dated: February 11, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE