UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | CV 25-10432-SPG-AYP | March 4, 2026 |
| Title | Andrew Left et al v. Anson Funds Management LP et al | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Court Smart |
| Deputy Clerk | Court Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Eric Rosen<br>Yusef Al-Jarani | Robert Schwartz<br>Bomie Lee |

**Proceeding:** **MOTION TO STRIKE COMPLAINT [36] (HELD)**

**MOTION TO STRIKE DECLARATION OF ROBERT SCHWARTZ IN SUPPORT OF DEFENDANTS MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE -SEALED [50] (HELD)**

Case called, and counsel make their appearance.

As an initial matter, the Court and counsel discuss the status of the case. For the reasons stated on the record, the Court questions the parties regarding whether a stay of this matter is warranted in light of the pending matter, *United States v. Left*, Case No. 2:24-cr-00456-VAP. For reasons stated on the record, the Court orders Plaintiffs' counsel to confer with the attorney(s) for the Department of Justice in *United States v. Left*, Case No. 2:24-cr-00456-VAP, to determine whether the relief sought in Plaintiff's Complaint, insofar as it seeks an injunction prohibiting Defendants in the present case from repeating any statements found to be defamatory, would hamper testimonial evidence to be sought in the DOJ case. No later than March 11, 2026, Plaintiffs' counsel shall file in the present case for the Court's consideration a written declaration summarizing the substance of that conversation.

The Court issues tentative rulings on the pending motions and hears oral arguments.

For the reasons stated on the record, the motions at Dkt Nos. [36, 50] are taken under submission.  The Court will issue written rulings on the motions.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 25-10432-SPG-AYP | March 4, 2026 |
|---|---|---|
| Title | Andrew Left et al v. Anson Funds Management LP et al | |

Time in Court 1.11

Initials of Preparer

PG