**DYNAMIS LLP**
ERIC S. ROSEN (*pro hac vice*)
erosen@dynamisllp.com
MICHAEL B. HOMER (*pro hac vice*)
mhomer@dynamisllp.com
175 Federal Street, Suite 1200
Boston, Massachusetts 02110
(617) 802-9157

YUSEF AL-JARANI (Cal. Bar No. 351575)
yaljarani@dynamisllp.com
1100 Glendon Ave., 17th Floor
Los Angeles, California 90024
(213) 283-0685

*Attorneys for Plaintiffs Andrew Left and Citron Capital, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LEFT and CITRON CAPITAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ANSON FUNDS MANAGEMENT LP, ANSON ADVISORS INC., MOEZ KASSAM, and SUNNY PURI,<br><br>Defendants. | Case No. 2:25-cv-10432-SPG-AYP<br><br>**NOTICE OF GOVERNMENT'S POSITION REGARDING STAY OF PROCEEDINGS** |

Pursuant to the Court's Order, issued during oral argument on March 4, 2026 (ECF No. 84), Plaintiffs hereby provide notice of the Government's position regarding whether a stay of this matter is warranted in light of the pending matter, *United States v. Left*, No. 2:24-cr-00456-VAP (C.D. Cal.).

On March 9, 2026, Plaintiffs' counsel conferred with attorneys for the Department of Justice in *United States v. Left* via videoconference to determine whether the relief sought in the Complaint, insofar as it seeks an injunction prohibiting Defendants in the present case from repeating any statements found to be defamatory, would hamper testimonial evidence to be sought in the criminal case.

On March 10, 2026, the Government provided Plaintiffs with its position on this issue in writing. The Government's position statement is attached hereto. The Government has indicated it does not intend to file a motion to intervene to seek a stay of proceedings at this time based on Plaintiffs' representation that, *inter alia*, they will not take third-party depositions (*i.e.*, depositions beyond the named Defendants) in this matter before the criminal trial commences.

To further address any remaining concern of the Court, after the Court issues its written rulings on the parties' pending motions, Plaintiffs intend to amend their Complaint to, among other things, abandon their request for an injunction prohibiting Defendants from repeating any statements found to be defamatory.

Dated: March 10, 2026

Respectfully submitted,

DYNAMIS LLP

*/s/ Eric S. Rosen*
Eric S. Rosen (*pro hac vice*)
Michael B. Homer (*pro hac vice*)
Yusef Al-Jarani

*Attorneys for Plaintiffs Andrew Left and Citron Capital, LLC*