UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. CV 25-10432-SPG (AYPx) Date: September 1, 2026

Title Andrew Left et al v. Anson Funds Management LP, et al.

Present: The Honorable: Anna Y. Park, United States Magistrate Judge

| M. Pogosyan | n/a |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| Eric S. Rosen | Robert Schwartz |
| Yusef Al-Jarani | Christopher Mills |
| Caroline McHugh | |

**Proceedings: SETTLEMENT CONFERENCE VIA ZOOM WEBINAR**

The settlement conference is conducted off the record by video conferencing. Eric S. Rosen, Esq., Yusef Al-Jarani, Esq., and Caroline McHugh, Esq. appear on behalf of Plaintiff. Plaintiff Andrew Left is also present.

Robert Schwartz, Esq. and Christopher Mills, Esq, appear on behalf of Defendants. Defendant Sunny Puri, individually, and as representative of Investments at Anson Advisors Inc. is present. Laura Salvatori, Chief Legal, Risk, and People Officer at Anson Advisors Inc., is present.

Settlement is not reached. If the Parties decide a second session of a settlement conference will be productive, the Parties are instructed to meet and confer and contact the chambers of Honorable Anna Y. Park at AYP_Chambers@cacd.uscourts.gov with proposed dates and times for a second session of the settlement conference.

IT IS SO ORDERED.

3::00

Initials of Preparer mp