**SIDLEY AUSTIN LLP**
Stephen L. Cohen *(pro hac vice)*
scohen@sidley.com
Christopher R. Mills *(pro hac vice)*
cmills@sidley.com
1501 K Street, N.W.
Washington, DC 20005
Tel: 202-736-8000 | Fax: 202-736-8711

Christopher M. Egleson (SBN: 295784)
cegleson@sidley.com
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Tel: 650-565-7108 | Fax: 650-565-7100

Robert P. McMahon (SBN: 351271)
rmcmahon@sidley.com
350 South Grand Avenue
Los Angeles, CA 90071
Tel: 213-896-6000

*Attorneys for Defendants Anson Funds Management LP, Anson Advisors, Inc., Moez Kassam, and Sunny Puri*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

ANDREW LEFT and CITRON CAPITAL, LLC,

Plaintiffs,

vs.

ANSON FUNDS MANAGEMENT LP, ANSON ADVISORS, INC., MOEZ KASSAM, and SUNNY PURI,

Defendants.

Case No. 2:25-cv-10432-SPG-AYP

Hon. Sherilyn Peace Garnett
Magistrate Judge: Hon. Anna Y. Park

**NOTICE OF CHANGE OF LEAD COUNSEL**

TO THE COURT AND COUNSEL FOR ALL PARTIES:

Please take notice that Stephen L. Cohen of Sidley Austin LLP is now designated sole lead counsel for Defendants Anson Funds Management LP, Anson Advisors, Inc., Moez Kassam and Sunny Puri.

DATED: October 20, 2026

Respectfully Submitted

SIDLEY AUSTIN LLP

By: *[/s/ Christopher M. Egleson]{.underline}*

Stephen L. Cohen *(pro hac vice)*
Christopher M. Egleson
Christopher R. Mills *(pro hac vice)*
Robert P. McMahon

*Attorneys for Defendants*
ANSON FUNDS MANAGEMENT LP, ANSON ADVISORS, INC., MOEZ KASSAM and SUNNY PURI